IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY D. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-3121-CV-S-SWH-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Wednesday, May 4, 2005, a hearing was held on the Brief for the Plaintiff, Dorothy Williams (doc. # 22) and Defendant's Brief in Support of the Administrative Decision and in Reply to Plaintiff's Brief (doc. # 25). For the reasons stated at the conclusion of the hearing,[1] it is

ORDERED that this case is reversed and remanded to the Social Security Administration pursuant to 42 U.S.C. § 405(g), sentence 4, for development of an adequate record in accordance with the decision of the Court as set forth at the conclusion of the hearing; and it is further

ORDERED that the Commissioner shall obtain from the court reporter a copy of my oral order so that the Commissioner will know on what basis this case was remanded; and it is further

ORDERED that the Commissioner is directed to use her best efforts to complete the review within 180 days. It is further

ORDERED that plaintiff's unopposed request that upon remand the case should be reassigned to an administrative law judge other then the judge who conducted the initial and supplemental hearings is granted.

/s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's statements at the conclusion of the argument concerning its reasons for reversing the decision of the Commissioner have been typed and made a part of the record.