**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

DOROTHY D. WILLIAMS,

    Plaintiff,
v.                                      No. 03-3121-CV-S-SWH-SSA

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

    **XX**    **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision ha[s]

**IT IS ORDERED**

that this case is reversed and remanded to the Social Security Administration pursuant to 42 U.S.C. section 405 (g), sentence four, for development of an adequate record in accordance with the decision of the Court as set forth at the conclusion of the hearing; and

**IT IS FURTHER ORDERED**

that the Commissioner shall obtain from the court reporter a copy of my oral order so that the Commissioner will know on what basis this case was remanded; and

**IT IS FURTHER ORDERED**

that the Commissioner is directed to use her best efforts to complete the review within 180 days from the date of this Order; and

**IT IS FURTHER ORDERED**

That plaintiff's unopposed request that upon remand the case should be reassigned to an administrative law judge other than the judge who conducted the initial and supplemental hearings is granted.

                                                                 Patricia L. Brune
                                                                  Clerk of the Court

                                                                 /s/ Bonnie J. Rowland
                                                                  Deputy Clerk

Date: May 4, 2005