IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-3121-CV-S-SWH |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is plaintiff's Motion Or Application For Attorney Fees Under The Equal Access To Justice Act. (Doc. # 34) The motion requests an award of fees in the amount of $4,395.83 which represents 32 hours and 55 minutes of attorney time at the rate of $125.00 per hour and 4 hours and 30 minutes of paralegal time at the rate of $62.50 per hour. Defendant's Response To Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act states that defendant has no objection to the plaintiff's request. (Doc. #35) Accordingly, it is

ORDERED that plaintiff's Motion Or Application For Attorney Fees Under The Equal Access To Justice Act (doc. # 34) is granted. Attorney fees in the amount of $4,395.83 are hereby awarded.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE