IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

DOROTHY WILLIAMS,

    Plaintiff,

v.                              Case No. 03-3121-CV-S-SWH

JO ANNE B. BARNHART,

    Defendant(s).

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

  **IT IS ORDERED**

that plaintiff's Motion Or Application For Attorney Fees Under The Equal Access To Justice Act (doc. # 34) is granted. Attorney fees in the amount of $4,395.83 are hereby awarded.

| | |
|---|---|
| July 8, 2005 | PATRICIA L. BRUNE |
| Date | Clerk of the Court |
| | |
| | _/s/ Bonnie J. Rowland_ |
| | (by) Deputy Clerk |